# United States District Court

WESTERN DISTRICT OF WASHINGTON

RANDY PALMER,

v.

RONALD FRAKER, et al.,

JUDGMENT IN A CIVIL CASE

No. C09-5703 RJB

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) Petitioner's writ of habeas corpus (Dkt. 1) is **DENIED** and this action is **DISMISSED WITH PREJUDICE**

| May 10, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk